# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

| | |
|---|---|
| *Phone:* | *(212) 885-5588* |
| *Fax:* | *(212) 650.4059* |
| *Email:* | *avery.normyle@blankrome.com* |

April 8, 2026

**VIA ECF FILING**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 11A
New York, NY 10007

      Re:    *Crosby v. Penney Opco LLC*, 1:25-cv-09404-GBD – Request to Adjourn
                Oral Argument Date

Dear Judge Daniels:

We are counsel for defendant Penney Opco LLC ("Defendant") in the above captioned action. We write pursuant to Rule II.C. of Your Honor's individual practices respectfully requesting that the Court adjourn oral argument on Defendant Motion to Dismiss the Amended Complaint from April 30, 2026, to a later date on which counsel for both parties are available.

Counsel for Defendants will be out of office for family travel from April 22, 2026 – May 3, 2026, and has a work-related conflict on May 5, 2026. We have conferred with counsel for Plaintiff who confirmed that he is unavailable on May 11 and May 28.

This is Defendant's first request to adjourn the date for oral argument on Defendant Motion to Dismiss the Amended Complaint. Plaintiff's counsel consents to the requested extension.

We thank the Court for its attention to this matter.

Oral argument is scheduled for
May 7, 2026, at 10:00 A.M.

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.
.APR 0 9 2026
Dated:
   cc: All Counsel of Record via ECF

Respectfully submitted,

*/s/ Avery I. Normyle*

Avery I. Normyle