**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DANIEL CROSBY,                                       :

                                Plaintiff,             :          ORDER

           -against-                                :          25 Civ. 9404 (GBD)

PENNEY OPCO, LLC,                               :

                            Defendant.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GEORGE B. DANIELS, United States District Judge:

       The Court is in receipt of the parties' letters. (ECF Nos. 32, 36,) which contain conflicting accounts of the accessibility functionality on the JCPenney.com website.  The parties are hereby ordered to meet and confer, with Plaintiff Crosby and Joseph Dinero present, to each demonstrate to each other the website's accessibility or inaccessibility.

       A court conference is hereby scheduled for June 23, 2026, to discuss those results.

Dated: May 27, 2026,
       New York, New York

                                      SO ORDERED.

                                      *George B. Daniels*

                                  GEORGE B. DANIELS
                                  United States District Judge