**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DANIEL CROSBY,                                     :

                Plaintiff,       :           ORDER

      -against-                              :     25 Civ. 9404 (GBD)

PENNEY OPCO, LLC,                                 :

              Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GEORGE B. DANIELS, United States District Judge:

The Court is in receipt of the parties' letter, (ECF No. 39,) stating that the parties have reached a settlement in principle. Accordingly, the Clerk of Court is hereby ordered to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is filed within sixty (60) days of this Order.

All deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: June 16, 2026
     New York, New York

                             SO ORDERED.

                             GEORGE B. DANIELS
                             United States District Judge